THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WENDY SNELL, PARENT and GUARDIAN of S.Y. and S.Y., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH THURSTON SCHOOL DISTRICT, A WASHINGTON MUNICIPAL CORPORATION,<br><br>Defendant. | No. 3:13-cv-5488RBL<br><br>DECLARATION OF SUSAN MINDENBERGS IN SUPPORT OF MOTION FOR FEES AND COSTS |

SUSAN B. MINDENBERGS does hereby declare and certify under penalty of perjury under the laws of the State of Washington that the following is true and correct and from my personal knowledge.

1. I am an attorney licensed to practice law in the State of Washington, the State of Alaska, U.S. District Court, Eastern and Western Districts, the U.S. Court of Appeals for the Ninth Circuit, and the Quinault Nation and Hoh Nation Tribal Courts.

Declaration of Susan B. Mindenbergs
In Support of Motion for Fees and Costs - Page 1
(No. 3:13-cv-5488RBL)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
200 MAYNARD BUILDING
119 FIRST AVENUE SOUTH
SEATTLE, WASHINGTON 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

2.	I represent Wendy Snell and her daughter S.Y. in the above-entitled action. Ms. Snell and I entered into a written Contingent Fee Agreement for my representation of her and her daughter in this matter.

3.	Pursuant to the IDEA, 20 U.S.C. § 1415(i)(3)(B), as the attorney for the prevailing party, this is my declaration as to the reasonable attorney fees and costs incurred in this litigation.

4.	I have been practicing law in Washington since July 1991. My practice consists primarily of employment discrimination cases. Some of the larger defendants I have litigated against include the State of Washington, King County, the University of Washington, the Federal Aviation Administration, the Internal Revenue Services, Seattle School District, the City of Redmond, Absher Construction, Target Corporation, Wal-Mart Corporation, The Boeing Company, Alcoa-Intalco Aluminum, The Shaw Group, Georgia-Pacific, Kentucky Fried Chicken, Safeway, Lilly Industries, The Better Business Bureau, Haworth, Inc., Idearc (formerly Verizon), and Antioch University. I have successfully litigated cases against all of these defendants, either by settlement or trial. I also spend approximately one hundred hours each year providing *pro bono* legal services to indigent persons.

5.	Affiliations and Committee Memberships: I am a member of the Washington State Bar Association Judicial Recommendations Committee. My term is from 2011 to 2016. Between 1997 and 2000, I served on the WSBA Rules and Procedures Committee for three years; I chaired the Rules Committee in my third year of service on the Committee. For

Declaration of Susan B. Mindenbergs
In Support of Motion for Fees and Costs - Page 2
(No. 3:13-cv-5488RBL)

SUSAN B. MINDENBERGS
ATTORNEY At Law
200 MAYNARD BUILDING
119 FIRST AVENUE SOUTH
SEATTLE, WASHINGTON 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

approximately ten years between 1999 and 2009, I served on the Board of Directors of the Washington Employment Lawyers Association (WELA). I have been a cooperating attorney for the American Civil Liberties Union of Washington (ACLU) for several years.

6. In 2002, I received intensive trial training from the Spence Trial Lawyers College (TLC) in Dubois, Wyoming. From 2003 until 2008 when I retired from TLC, I was a faculty member teaching trial skills to lawyers from around the United States. I served on the National Institute of Trial Lawyers faculty for three years. I have been a featured speaker at many legal education seminars for groups such as WELA and the Washington State Association for Justice. I am currently a featured speaker at the National Business Institute CLE scheduled for June 2014.

7. I have served as *amicus curiae* on several civil rights cases for the ACLU and for WELA at various appellate court levels in Washington.

8. My educational background includes a Bachelor of Arts degree that I received in 1972 from the University of Oregon. In 1974, I received a Masters of Regional and Urban Planning degree from the University of Oregon. I graduated from the University of Puget Sound Law School (now Seattle University Law School) in August 1990. In my third year of law school, I received the American Jurisprudence Award for Trial Clinic.

9. I have considerable experience with educational issues. I spent approximately 13 years working as an administrator two public school districts. Between 1974 and 1978, I was an administrator for the Eugene School District in Eugene, Oregon. In that capacity, I supervised the preparation of the implementation of Public Law 94-142 for the Eugene School District—the

Declaration of Susan B. Mindenbergs
In Support of Motion for Fees and Costs - Page 3
(No. 3:13-cv-5488RBL)

Susan B. Mindenbergs
Attorney At Law
200 Maynard Building
119 First Avenue South
Seattle, Washington 98104-2564
Tel: (206) 447-1560
Fax: (206) 447-1523

federal law that required that students with disabilities be educated in the least restrictive environment. Between 1978 and 1989, I served in a variety of administrative capacities for Seattle Public Schools. As an attorney, I have litigated against school districts on several occasions; both on behalf of students and on behalf of employees.

10. I am a sole practitioner and have been since 1991. As this case progressed to hearing, I spent approximately 95% of my work time on the matters in this case. The time I spent working on this litigation necessarily precluded me from working on other fee generating legal matters. I declined to work on other cases while preparing for the hearing in this matter because of time constraints.

11. The issues in this case were moderately complex due to the complicating medical conditions of S.Y.

12. All of the issues that Ms. Snell and S.Y. brought to the Due Process Heraring and the appeal of this matter involve a common core of facts.

13. After I received the ALJ's Order and Findings of Fact and Conclusions of Law in this matter dated May 4, 2013, I contacted several lawyers who hold themselves out as education lawyers. My intent was to discuss my fee petition with them. None of the lawyers with whom I spoke take IDEA cases on a contingency basis any longer because of the complexities involved in obtaining fees as the prevailing party.

14. I keep a contemporaneous accounting of all my time and activities for all my cases. I have kept the same type of accounting for all the work I performed for this litigation. Attached hereto as Exhibit A are my contemporaneously logged hours spent litigating this case.

Declaration of Susan B. Mindenbergs
In Support of Motion for Fees and Costs - Page 4
(No. 3:13-cv-5488RBL)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
200 MAYNARD BUILDING
119 FIRST AVENUE SOUTH
SEATTLE, WASHINGTON 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

I logged a total of 443.36 hours on the underlying case and the appeal.

15. Many of the hours I devoted to this case are not reflected on the contemporaneous accounting records. Before submitting my contemporaneous log to Mr. Needle for his review, I deducted several hours from my fee request to eliminate some blocks of time.

16. My usual and customary fee is $375.00 per hour. My hourly rate is reasonable given the number of years I have been practicing and the scope of my practice and experience in the legal community.

17. Attached hereto is the declaration prepared by Jeffrey L. Needle, J.D., who attests to the reasonableness of my hourly rate and the time I devoted to this matter. The legal fees I incurred for Mr. Needle's expert opinion total $1,806.25.

18. My paralegal, Irene Calvo, has worked for me for more than three years. Ms. Calvo is a graduate of Stanford University. She has worked as a paralegal since 2004 in large corporate law firms and for smaller firms such as mine. The billable rate for Ms. Calvo's time is $125.00 an hour. The time spent by Ms. Calvo on this case reduced the amount of attorney time I would have otherwise have had to spend on the case. The total number of hours Ms. Calvo spent on the case is 127.40.

19. The modest costs incurred in this case are reasonable. The costs consist of service of process costs and filing fee for the complaint in this matter. The expert witness who appeared at the Due Process Hearing on behalf of S.Y. did not charge for her time.

/

/

Declaration of Susan B. Mindenbergs
In Support of Motion for Fees and Costs - Page 5
(No. 3:13-cv-5488RBL)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
200 MAYNARD BUILDING
119 FIRST AVENUE SOUTH
SEATTLE, WASHINGTON 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

20. A summary of the legal fees in this case include the following:

| | | |
|---|---|---:|
| a. | Mindenbergs' fees for hearing and appeal: | $166,260.00 |
| b. | Paralegal costs: | $ 15,925.00 |
| c. | Costs incurred in the case: | $ 841.95 |
| d. | Needle's fees for expert testimony: | $ 1,806.25 |
| | TOTAL FEES/COSTS | $184,833.20 |

Dated this 16th day of April 2014, at Seattle, Washington.

*/s/ Susan B. Mindenbergs*

Susan B. Mindenbergs

Declaration of Susan B. Mindenbergs
In Support of Motion for Fees and Costs - Page 6
(No. 3:13-cv-5488RBL)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
200 MAYNARD BUILDING
119 FIRST AVENUE SOUTH
SEATTLE, WASHINGTON 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
260 MAYNARD BUILDING
119 FIRST AVENUE SOUTH
SEATTLE, WA 98104-2564

(206) 447-1560

Wendy Snell
550 Golson Road SE
Olympia, WA 98513

| Total activity and costs: | | Hours | Rate | |
|---|---|---|---|---|
| 2/24/2012 | Due process request | | | $ No Charge |
| 2/27/2012 | Finalize due process hearing request and review client binders | | | No Charge |
| 2/28/2012 | Review client documentation; consult w/client's former attorney | 1.77 | 375.00 | 663.75 |
| 3/28/2012 | Travel to Lacey to attend resolution meeting; meet with client to prepare for mneeting; attend meeting | 3.30 | 375.00 | 1,237.50 |
| 8/27/2012 | Prepare documents for hearing | 4.30 | 375.00 | 1,612.50 |
| 9/11/2012 | Prepare documents for due process hearing | 2.10 | 375.00 | 787.50 |
| 9/12/2012 | Prepare documents for due process hearing | 4.30 | 375.00 | 1,612.50 |
| 9/14/2012 | Prepare documents for due process hearing | 1.50 | 375.00 | 562.50 |
| 9/24/2012 | Prepare exhibits & identify which witness to testify for each exhibit | 5.70 | 375.00 | 2,137.50 |
| 9/24/2012 | Prepare witness list-review exhibits for witnesses | 2.10 | 375.00 | 787.50 |
| 9/24/2012 | Prepare direct exam for parent witnesses | 2.10 | 375.00 | 787.50 |
| 9/25/2012 | Prepare direct exam for parent witnesses | 4.50 | 375.00 | 1,687.50 |
| 9/26/2012 | Prepare cross examination for deGive and principal | 5.30 | 375.00 | 1,987.50 |
| 9/26/2012 | Meet w/tutor to discuss how tutoring assists student | 1.53 | 375.00 | 573.75 |

EXHIBIT A

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/26/2012 | Meet w/parents to prepare for hearing | 4.50 | 375.00 | 1,687.50 |
| 9/27/2012 | Prepare for hearing-draft and revise opening statement | 4.20 | 375.00 | 1,575.00 |
| 9/27/2012 | Draft direct examination questions for Wendy Snell | 2.10 | 375.00 | 787.50 |
| 9/27/2012 | Research remedies available under the IDEA | 1.50 | 375.00 | 562.50 |
| 9/28/2012 | Prepare for hearing-draft and revise opening statement | 2.10 | 375.00 | 787.50 |
| 9/28/2012 | Draft direct examination questions for Wendy Snell | 3.30 | 375.00 | 1,237.50 |
| 9/28/2012 | Draft direct examination questions for Rose Snell | 2.10 | 375.00 | 787.50 |
| 9/28/2012 | Draft direct examination questions for Kevin Young | 1.40 | 375.00 | 525.00 |
| 9/29/2012 | Prepare for hearing-cross examination questions for Heegeman | 3.50 | 375.00 | 1,312.50 |
| 9/29/2012 | Prepare for hearing-cross examination questions for deGive, principal, and classroom teacher | 3.90 | 375.00 | 1,462.50 |
| 9/30/2012 | Prepare for hearing-direct examination questions for Patsy Williams | 1.50 | 375.00 | 562.50 |
| 9/30/2012 | Prepare for hearing-identify exhibits to be used by & draft questions for each exhibit | 7.30 | 375.00 | 2,737.50 |
| 10/1/2012 | Attend hearing | | | No charge |
| 10/1/2012 | Prepare for hearing-meeting w/client | | | No charge |
| 10/1/2012 | Prepare amended Due Process Request | 2.50 | 375.00 | 937.50 |
| 10/2/2012 | Prepare amended Due Process Request | 4.10 | 375.00 | 1,537.50 |
| 10/16/2012 | Pre-hearing conference; prepare, conduct | 1.50 | 375.00 | 562.50 |
| 10/18/2012 | Research retaliation issue | 2.50 | 375.00 | 937.50 |
| 10/22/2012 | Research retaliation claim | 2.60 | 375.00 | 975.00 |
| 10/26/2012 | Prepare for hearing-direct exam of parent's witnesses-meet with clients to review direct examination questions | 4.30 | 375.00 | 1,612.50 |

| Date | Description | Hours | Rate | |
|---|---|---|---|---|
| 10/31/2012 | Prepare exhibits for hearing | 2.10 | 375.00 | 787.50 |
| 11/1/2012 | Consult w/expert and draft expert questions | 2.00 | 375.00 | 750.00 |
| 11/2/2012 | Prepare direct exam for Rose Snell and Kevin Young | 4.30 | 375.00 | 1,612.50 |
| 11/2/2012 | Prepare direct examination for Wendy Snell | 2.23 | 375.00 | 836.25 |
| 11/4/2012 | Prepare cross exam for deGive | 5.80 | 375.00 | 2,175.00 |
| 11/4/2012 | Prepare direct examination for Wendy Snell | 3.50 | 375.00 | 1,312.50 |
| 11/5/2012 | Prepare for opening statement and objection to denial of motion to amend | 2.10 | 375.00 | 787.50 |
| 11/5/2012 | Hearing | 6.50 | 375.00 | 2,437.50 |
| 11/5/2012 | Prepare witnesses for direct and cross examination | 1.50 | 375.00 | 562.50 |
| 11/5/2012 | Travel to Lacey and return | 3.00 | 375.00 | 1,125.00 |
| 11/12/2012 | Prepare for deGive testimony | 2.10 | 375.00 | 787.50 |
| 11/13/2012 | Prepare for hearing-review notes of hearing to ensure all areas of controversy addressed | 3.20 | 375.00 | 1,200.00 |
| 11/14/2012 | Prepare for hearing-review notes of hearing to ensure all areas of controversy addressed | 4.20 | 375.00 | 1,575.00 |
| 11/14/2012 | Hearing | 7.30 | 375.00 | 2,737.50 |
| 11/15/2012 | Prepare for hearing/meet with client | 2.50 | 375.00 | 937.50 |
| 11/15/2012 | Hearing | 6.50 | 375.00 | 2,437.50 |
| 11/24/2012 | Prepare for cross examination of principal and deGive | 2.10 | 375.00 | 787.50 |
| 11/25/2012 | Prepare for cross examination of principal and deGive | 4.30 | 375.00 | 1,612.50 |
| 11/26/2012 | Prepare for hearing | 3.10 | 375.00 | 1,162.50 |
| 11/26/2012 | Hearing | 6.00 | 375.00 | 2,250.00 |
| 12/16/2012 | Prepare for cross examination of District witnesses- deGive, Shepard, Heegeman, Peterson | 5.10 | 375.00 | 1,912.50 |

| Date | Description | Hours | Rate | |
|---|---|---|---|---|
| 12/17/2012 | Prepare for and attend Due Process Hearing | 7.50 | 375.00 | 2,812.50 |
| 1/28/2013 | Prepare for hearing-review all hearing notes to ensure all areas of controversy addressed; revise cross exam questions | 4.10 | 375.00 | 1,537.50 |
| 1/29/2013 | Prepare for and conduct hearing | 8.10 | 375.00 | 3,037.50 |
| 2/11/2013 | Prepare closing argument-review & digest record | 2.10 | 375.00 | 787.50 |
| 2/12/2013 | Prepare closing argument-review & digest record | 3.10 | 375.00 | 1,162.50 |
| 2/13/2013 | Prepare closing argument-review & digest record | 4.50 | 375.00 | 1,687.50 |
| 3/4/2013 | Prepare closing argument-review & digest record | 3.10 | 375.00 | 1,162.50 |
| 3/6/2013 | Prepare closing argument-review & digest record | 2.50 | 375.00 | 937.50 |
| 3/20/2013 | Prepare closing argument-review & digest record | 1.00 | 375.00 | 375.00 |
| 3/21/2013 | Prepare closing argument-review & digest record | 4.30 | 375.00 | 1,612.50 |
| 3/22/2013 | Prepare closing argument-review & digest record | 6.30 | 375.00 | 2,362.50 |
| 3/26/2013 | Prepare closing argument-review & digest record | 3.00 | 375.00 | 1,125.00 |
| 3/28/2013 | Prepare closing argument-review & digest record | 4.10 | 375.00 | 1,537.50 |
| 3/29/2013 | Prepare closing argument-review & digest record | 4.20 | 375.00 | 1,575.00 |
| 3/31/2013 | Prepare closing argument-review & digest record | 4.50 | 375.00 | 1,687.50 |
| 4/1/2013 | Research substantive and procedural violations of the IDEA; write closing argument | 3.50 | 375.00 | 1,312.50 |
| 4/1/2013 | Write closing argument-final draft | 3.00 | 375.00 | 1,125.00 |
| 4/2/2013 | Research substantive and procedural violations of the IDEA; write closing argument-final draft | 2.10 | 375.00 | 787.50 |
| 4/2/2013 | Read 82 plaintiff exhibits and 19 district exhibits for citation to the record | 4.50 | 375.00 | 1,687.50 |
| 4/3/2013 | Digest 1150 pages of transcripts for citations to record | 6.50 | 375.00 | 2,437.50 |
| 4/4/2013 | Write closing argument-final draft | 3.50 | 375.00 | 1,312.50 |

| Date | Description | Hours | Rate | |
|---|---|---|---|---|
| 5/6/2013 | Review decision; consult w/client about findings | 2.10 | 375.00 | 787.50 |
| 5/15/2013 | Research motion for fee petition and begin drafting petition | 3.20 | 375.00 | 1,200.00 |
| 5/17/2013 | Research motion for fee petition and begin drafting petition | 1.00 | 375.00 | 375.00 |
| 6/3/2013 | Research complaint for fees; prevailing party | 4.60 | 375.00 | 1,725.00 |
| 6/3/2013 | Prepare complaint for attorney fees and costs | 2.60 | 375.00 | 975.00 |
| 6/4/2013 | Prepare complaint for attorney fees and costs | 4.30 | 375.00 | 1,612.50 |
| 7/8/2013 | Research summary judgment to recover fees | 2.30 | 375.00 | 862.50 |
| 7/9/2013 | Prepare declaration for expert witness | 2.50 | 375.00 | 937.50 |
| 8/7/2013 | Research CR 12 (b)(6) motion | 3.10 | 375.00 | 1,162.50 |
| 8/9/2013 | Research counterclaim; answer counterclaim | 4.20 | 375.00 | 1,575.00 |
| 8/9/2013 | Meet w/parents to discuss causes of action | 1.50 | 375.00 | 562.50 |
| 8/14/2013 | Prepare amended complaint | 2.10 | 375.00 | 787.50 |
| 11/30/2013 | Prepare brief for complaint for damages; research lodestar, IDEA costs and fees, issues pertaining to credibility - case 1 | 4.30 | 375.00 | 1,612.50 |
| 12/1/2013 | Prepare brief for complaint for damages; research lodestar, IDEA costs and fees, issues pertaining to credibility - case 1 | 5.40 | 375.00 | 2,025.00 |
| 12/2/2013 | Prepare brief and research appellate basis | 4.50 | 375.00 | 1,687.50 |
| 12/3/2013 | Prepare brief and research appellate basis | 4.20 | 375.00 | 1,575.00 |
| 12/4/2013 | Prepare brief and research appellate basis | 2.50 | 375.00 | 937.50 |
| 12/6/2013 | Prepare brief and research appellate basis | 4.30 | 375.00 | 1,612.50 |
| 12/8/2013 | Prepare brief and research appellate basis | 5.30 | 375.00 | 1,987.50 |
| 12/10/2013 | Finalize brief for fees and costs; with facts of case | 4.20 | 375.00 | 1,575.00 |
| 12/12/2013 | Finalize legal argument for Snell #1 brief | 2.50 | 375.00 | 937.50 |

| Date | Description | Hours | Rate | |
|---|---|---|---|---|
| 12/13/2013 | Finalize legal argument for Snell #1 brief | 1.53 | 375.00 | 573.75 |
| 12/16/2013 | Finalize opening brief | 3.10 | 375.00 | 1,162.50 |
| 12/18/2013 | Finalize opening brief | 4.50 | 375.00 | 1,687.50 |
| 12/19/2013 | Finalize opening brief | 5.20 | 375.00 | 1,950.00 |
| 1/22/2014 | Prepare responsive brief; research appellate issues; draft outline | 6.30 | 375.00 | 2,362.50 |
| 1/23/2014 | Prepare responsive brief; research appellate issues; draft outline | 3.50 | 375.00 | 1,312.50 |
| 1/24/2014 | Research appellate issues--due weight, deference, IEP violations, finalize response | 7.30 | 375.00 | 2,737.50 |
| 1/25/2014 | Research appellate issues--due weight, deference, IEP violations, finalize response | 3.50 | 375.00 | 1,312.50 |
| 1/26/2014 | Research appellate issues--due weight, deference, IEP violations, finalize response | 6.20 | 375.00 | 2,325.00 |
| 1/27/2014 | Finalize responsive brief; check all cites to record and legal citations | 4.30 | 375.00 | 1,612.50 |
| 1/28/2014 | Finalize responsive brief; check all cites to record and legal citations | 5.20 | 375.00 | 1,950.00 |
| 1/29/2014 | Finalize responsive brief; check all cites to record and legal citations | 2.50 | 375.00 | 937.50 |
| 1/30/2014 | Review response from NTSD | 1.50 | 375.00 | 562.50 |
| 1/31/2014 | Review responsive brief | 1.00 | 375.00 | 375.00 |
| 3/18/2014 | Prepare for oral argument in Snell #1 | 1.50 | 375.00 | 562.50 |
| 3/19/2014 | Prepare for oral argument in Snell appeal | 4.50 | 375.00 | 1,687.50 |
| 3/21/2014 | Prepare for oral argument in Snell appeal | 3.50 | 375.00 | 1,312.50 |
| 3/24/2014 | Research all cases cited by parties in preparation of oral argument | 4.50 | 375.00 | 1,687.50 |
| 3/25/2014 | Research all cases cited by parties in preparation of oral argument | 3.50 | 375.00 | 1,312.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/26/2014 | Research all cases cited by parties in preparation of oral argument | 3.20 | 375.00 | 1,200.00 |
| 3/27/2014 | Research all cases cited by parties in preparation of oral argument | 3.20 | 375.00 | 1,200.00 |
| 3/28/2014 | Research all cases cited by parties in preparation of oral argument | 5.10 | 375.00 | 1,912.50 |
| 3/29/2014 | Research all cases cited by parties in preparation of oral argument | 1.60 | 375.00 | 600.00 |
| 3/30/2014 | Research all cases cited by parties in preparation of oral argument | 2.50 | 375.00 | 937.50 |
| 3/31/2014 | Research compensatory education and draft oral argument response | 4.30 | 375.00 | 1,612.50 |
| 3/31/2014 | Draft oral argument after digesting all relevant precedent | 2.10 | 375.00 | 787.50 |
| 4/1/2014 | Research meaningful progress in the context of educational benefit and prepare oral argument | 6.30 | 375.00 | 2,362.50 |
| 4/2/2014 | Research compansatory education and draft oral argument response | 2.10 | 375.00 | 787.50 |
| 4/2/2014 | Draft oral argument after digesting all relevant precedent | 5.30 | 375.00 | 1,987.50 |
| 4/2/2014 | Finalize oral argument on prevailing party and fees on fees | 3.50 | 375.00 | 1,312.50 |
| 4/3/2014 | Meet w/client and present oral argument | 2.00 | 375.00 | 750.00 |
| | Total legal fees | | | $ 166,260.00 |

aralegal fees:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/1/2012 | Ck to Janet Francisco | 2.00 | 125.00 | 250.00 |
| 4/2/2012 | Ck to Irene Calvo | 5.90 | 125.00 | 737.50 |
| 7/5/2012 | Ck to Irene Calvo | 3.20 | 125.00 | 400.00 |
| 9/5/2012 | Ck to Irene Calvo | 19.00 | 125.00 | 2,375.00 |
| 10/2/2012 | Ck to Irene Calvo | 37.20 | 125.00 | 4,650.00 |

|            |                              | Hours | Rate   |           |
|------------|------------------------------|-------|--------|-----------|
| 11/2/2012  | Ck to Irene Calvo            | 18.50 | 125.00 | 2,312.50  |
| 12/3/2012  | Ck to Irene Calvo            | 1.80  | 125.00 | 225.00    |
| 1/2/2013   | Ck to Irene Calvo            | 0.10  | 125.00 | 12.50     |
| 2/1/2013   | Ck to Irene Calvo            | 0.60  | 125.00 | 75.00     |
| 3/1/2013   | Ck to Irene Calvo            | 0.60  | 125.00 | 75.00     |
| 4/2/2013   | Ck to Irene Calvo            | 0.50  | 125.00 | 62.50     |
| 5/1/2013   | Ck to Irene Calvo            | 9.10  | 125.00 | 1,137.50  |
| 6/4/2013   | Ck to Irene Calvo            | 1.50  | 125.00 | 187.50    |
| 7/1/2013   | Ck to Irene Calvo            | 7.90  | 125.00 | 987.50    |
| 8/1/2013   | Ck to Irene Calvo            | 1.40  | 125.00 | 175.00    |
| 11/4/2013  | Ck to Irene Calvo            | 0.60  | 125.00 | 75.00     |
| 12/2/2013  | Ck to Irene Calvo            | 0.30  | 125.00 | 37.50     |
| 1/2/2014   | Ck to Irene Calvo            | 9.00  | 125.00 | 1,125.00  |
| 2/3/2014   | Ck to Irene Calvo            | 8.20  | 125.00 | 1,025.00  |
|            | Total paralegal fees         |       |      $ | 15,925.00 |

Costs:

| 4/16/2012  | Ck to ABC Legal Messengers      |   | 30.00      |
|------------|---------------------------------|---|------------|
| 10/18/2012 | Ck to ABC Legal Messengers      |   | 44.00      |
| 11/16/2012 | Ck to ABC Legal Messengers      |   | 213.45     |
| 5/23/2013  | Ck to ABC Legal Messengers      |   | 20.00      |
| 7/8/2013   | Ck to ABC Legal Messengers      |   | 74.50      |
| 7/26/2013  | VISA charge - complaint fees    |   | 400.00     |
| 2/20/2014  | Ck to ABC Legal Messengers      |   | 60.00      |
|            | Total costs                     | $ | 841.95     |
|            | Total amount due                | $ | 183,026.95 |